137988

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 708 Federal Building,
316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100

## PETITION FOR ADMISSION PRO HAC VICE

**Case Number:** 01-CV-1197 PAM/JGL **Case Title:** Team Tires Plus, Ltd. v. Mark Heartlein

**Affidavit of Movant**

I, Tim A. Staum, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice James H. O'Doherty, an attorney admitted to practice in the Northern District of Ohio, but not admitted to the bar of this court, who will be counsel for the (X) plaintiff ( ) defendant Team Tires Plus, Ltd. in the case(s) listed above. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed above, and that I accept service of all papers served.

[signature] #190470 7-9-01
Signature MN Attorney License # Date

**Affidavit of Proposed Admittee**

I, James H. O'Doherty, am currently a member in good standing of the U.S. District Court for the Northern District of Ohio, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

James H. O'Doherty [signature] 7/5/01
Type/Print Name Signature Date

Attorney License Number: 0071564

Law Firm Name & Address: Shumaker, Loop & Kendrick, LLP
North Courthouse Square
1000 Jackson
Toleko, Ohio 43624-1573
Telephone: ( ) 419-241-9000

Motion Granted: [signature] JUL 11 2001
For the Court: ~~Francis E. Dosal~~, Clerk Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED JUL 11 2001
RICHARD D. SLETTEN, CLERK 6/99

JUDGEMENT ENTERED ______

DEPUTY CLERK'S INITIALS ______