UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

Team Tires Plus, Ltd,

Plaintiff & Counterclaim Defendant,

vs.

Mark Heartlein,

Defendant & Counterclaim Plaintiff,

Karmark, Inc.,

Counterclaim Plaintiff.

Court No. 01-cv-1197 PAM/JGL

**STIPULATION & ORDER FOR EXTENSION OF TIME FOR PLAINTIFF TO ANSWER OR RESPOND TO HEARTLEIN AND KARMARK, INC.'S FIRST AMENDED COUNTERCLAIM**

---

The parties, through their respective undersigned counsel, do hereby stipulate and agree that, pursuant to LR 6.1, Plaintiff shall have until April 15, 2002 to answer or otherwise respond to Heartlein and Karmark, Inc.'s First Amended Counterclaim in the above titled matter.

AGREED:

Dated: March 19, 2001.

**MACKALL, CROUNSE & MOORE, PLC**

By: ____________________
Lawrence R. Commers (18235)
Tim A. Staum (190470)
1400 AT&T Tower
901 Marquette Ave.
Minneapolis, MN 55402
(612) 305-1400

ATTORNEYS FOR PLAINTFF
TEAM TIRES PLUS, LTD.

FILED MAR 26 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

Dated: March 14, 2002.

D. CLAY TAYLOR, P.A.

By: ______________________
D. Clay Taylor (#204857)
1300 Nicollet Mall
Suite 5002
Minneapolis, MN 55403
phone (612) 904-7376
fax (612) 904-7377

ATTORNEY FOR DEFENDANTS
MARK HEARTLEIN &
KARMARK, INC.

**ORDER.**

Based upon the stipulation of the parties, it is hereby ordered that Plaintiff shall have until April 15, 2002 in order to answer or otherwise respond to the First Amended Counterclam of Heartlein and Karmark, Inc.

Dated: March 26, 2002.

BY THE COURT

______________________
Paul A. Magnuson
District Judge