**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**TEAM TIRES PLUS, a Minnesota Corporation**,

Plaintiff,

v.

**MARK HEARTLEIN, and KARRIE HEARTLEIN**,

Defendants.

**KARMARK, INC., and MARK HEARTLEIN**,

Counter-claimants,

v.

**TEAM TIRES PLUS, LTD.**,

Counter-defendant.

Civil No. 01-1197 (JEL/JGL)

**ORDER**

---

APPEARANCES

Tim A. Staum, Esq., and Peter R. Silverman, Esq., on behalf of Team Tires Plus, Ltd.

David Clay Taylor, Esq., on behalf of Mark Heartlein, Karrie Heartlein, and Karmark, Inc.

---

JONATHAN LEBEDOFF, Chief United States Magistrate Judge

The above-entitled matter came on for hearing before the undersigned Chief Magistrate Judge of District Court on January 17, 2003, on

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Plaintiff's Motion for Extension of Time (Doc. No. 35.) The case has been referred to the undersigned for resolution of pretrial matters pursuant to 28 U.S.C. § 636 and D. Minn. LR 72.1.

The Court finds that Defendants have failed to demonstrate that they will be prejudiced by an extension of the pretrial scheduling order in this case. The Court also finds that the Parties will both benefit if Plaintiff is allowed time to fully comply with its discovery obligations. The Court adopts Plaintiff's Order Amending Pretrial Schedule in its entirety.

Based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

(1) Plaintiff's Motion for Extension of Time (Doc. No. 35.) is **GRANTED**; and

(2) The Pretrial Scheduling Order is amended per the attached Order.

Dated: January 17, 2003

JONATHAN LEBEDOFF
Chief United States Magistrate Judge