UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

Team Tires Plus, Ltd,

Plaintiff,

vs.

Mark Heartlein, Karie Heartlein, and Karmark, Inc.,

Defendants.

Court No. 01-cv-1197 JGL

STIPULATION & ORDER DISMISSING CLAIMS WITH PREJUDICE & ON CHOICE OF APPLICABLE LAW

---

The parties, by and through their undersigned counsel of record, do hereby stipulate and agree to the entry of an order for the dismissal, with prejudice, pursuant to Fed.R.Civ.P. 41, of certain claims stated in their respective pleadings, as follows:

1. Plaintiff does hereby agree to the dismissal with prejudice of Count I (Federal Trademark and Service Mark Infringement), Count II (Common Law Trademark and Service Mark Infringement), Count III (Statutory Unfair Competition), Count IV (Common Law Unfair Competition and Dilution), Count V (Breach of Contract-Failure to De-Identify), and Count VIII (State Trademark and Service Mark Infringement) of its Amended Complaint.

2. Defendants do hereby agree to the dismissal with prejudice of Count IV (Violation of Minnesota Franchise Act), and Count V (Violation of Federal Trade Commission Regulation) of their First Amended Counterclaim.

3. The parties do hereby further agree that the terms of the Illinois Franchise Act (815 ILCS 705/1, et.seq), the regulations promulgated there under and all decisional

law regarding said Act, shall govern and be applicable to Court VI (Illinois Franchise Act Violation) of Defendants' First Amended Counterclaim.

4. Subject to the exception stated in paragraph 3, above, the parties do further agree that the substantive laws of the State of Minnesota, and all applicable decisional law related thereto, shall govern all other counts and claims asserted in their respective pleadings.

5. It is further agreed that with respect to the above enumerated dismissed counts, the parties shall bear their own respective costs, disbursements and attorneys' fees, without waiver or prejudice to their right to claim same in conjunction with their respective claims not dismissed by this stipulation and order, as may be allowed by law.

AGREED:

Dated: March 5, 2004.

**MACKALL, CROUNSE & MOORE, PLC**

By: ______________________

Lawrence R. Commers (#18235)
Tim A. Staum (#190470)
1400 AT&T Tower
901 Marquette Ave.
Minneapolis, MN 55402
(612) 305-1400

ATTORNEYS FOR PLAINTFF

Dated: 3/5, 2004.

**D. CLAY TAYLOR, P.A.**

By: ______________________

D. Clay Taylor (#204857)
1300 Nicollet Mall
Suite 5002
Minneapolis, MN 55403
phone (612) 904-7376
fax (612) 904-7377

ATTORNEY FOR DEFENDANTS

SO ORDERED:

Dated: March 9, 2004.

BY THE COURT

Jonathan G. Lebedoff
USMJ