# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

**TEAM TIRES PLUS, LTD.**,

Plaintiff,

v.

**MARK HEARTLEIN, KARRIE HEARTLEIN, and KARMARK, INC.**,

Defendants.

## COURT MINUTES

BEFORE: Jonathan Lebedoff
Chief United States Magistrate Judge

| | |
|---|---|
| Case No: | 01-1197 (JGL) |
| Date: | March 11, 2004 |
| Court Reporter: | none |
| Tape Number: | NA |
| Time Commenced: | 9:00 a.m. |
| Time Concluded: | 9:45a.m. |
| Time in Court: | 45 minutes |

APPEARANCES:

Plaintiff: Tim Staum and Peter Silverman, Esqs.,

Defendants: D. Clay Taylor, Esq.

Interpreter / Language: none

IF MOTION IS RULED ON PLEASE INCLUDE DOCUMENT NUMBER AND TITLE APPEARING IN CM/ECF.

**ORDER TO BE SUBMITTED BY:** x **COURT** ☐ **PLAINTIFF** ☐ **DEFENDANT**

Before the Court on Defendants' Motion to Amend Counterclaim to Join Claim for Punitive Damages (Doc. No. 53).

Motions taken under advisement as of: March 11, 2004

X ORDER TO BE ISSUED ☐ NO ORDER TO BE ISSUED ☐ R&R TO BE ISSUED ☒ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court ☒ Exhibits returned to counsel

s/Krisann Kleibacker
Signature of Judicial Law Clerk