**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| TEAM TIRES PLUS, LTD.<br>a Minnesota corporation,<br><br>Plaintiff,<br><br>v.<br><br>MARK HEARTLEIN,<br>KARRIE HEARTLEIN,<br>AND KARMARK, INC.<br><br>Defendants. | ) | Civil Case No. 01-CV-1197 JGL<br><br>**ORDER** |

Plaintiff has filed a motion for leave to file a Supplement to its Summary Judgment Motion. Plaintiff has represented that Defendant has consented to the granting of its Motion for Leave, and that Defendants are willing to adhere to the original briefing and hearing schedule on Plaintiff's Summary Judgment Motion. Accordingly, the Court finds Plaintiff's Motion well-taken and, accordingly, **GRANTS** plaintiff leave to file the Supplement to its Summary Judgment Motion. The original briefing and hearing dates for the Summary Judgment Motion remain.

Date: March 22, 2004

Jonathan G. Lebedoff
Chief United States Magistrate Judge

TAS/js#696354v1