UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVSION

| | |
|---|---|
| TEAM TIRES PLUS, LTD.<br>a Minnesota corporation,<br><br>Plaintiff,<br><br>v.<br><br>MARK HEARTLEIN,<br>KARRIE HEARTLEIN,<br>AND KARMARK, INC.<br><br>Defendants. | Civil Case No. 01-CV-1197 JGL<br><br>JOINT MOTION TO EXCEED PAGE LIMIT |

WHEREAS, Team Tires Plus, Ltd. ("Tires Plus") filed and served a Motion for Summary Judgment on March 5, 2004; and

WHEREAS, in support of its motion, Tires Plus filed and served a Memorandum totaling 28 pages; and

WHEREAS, pursuant to Order of the Court, Tires Plus filed and served a Supplemental Memorandum in Support of Summary Judgment on March 24, 2004, totaling four pages; and

WHEREAS, on March 26, 2004, Defendants Mark Heartlein, Karrie Heartlein, and Karmark, Inc. ("Heartlein") filed and served Defendants' Memorandum Opposing Plaintiff's Motion for Summary Judgment; and

WHEREAS, Local Rule 7.1(c) provides that a party moving for summary judgment shall not exceed 35 pages in its original memorandum and reply memorandum, except by permission of the Court; and

WHEREAS, in order to properly and adequately reply to Defendant's Memorandum, Tires Plus requests that it be allowed to exceed the aforementioned page limitations; and

WHEREAS, Defendants Heartlein agree to permit Tires Plus to exceed the page limit contained within Local Rule 7.1(c);

NOW THEREFORE, Plaintiff Tires Plus and Defendants Heartlein propose the following:

1. That Tires Plus be permitted to submit a Reply Memorandum in support of its motion for summary judgment, not to exceed 25 pages in length; and
2. That Tires Plus shall adhere to all other requirements of Local Rule 7.1.

Dated: April 7, 2004

Respectfully submitted,

Lawrence R. Commers (#18235)
Tim A. Staum (#190470)
MACKALL, CROUNSE & MOORE, PLC
1400 AT&T Tower
901 Marquette Avenue
Minneapolis, Minnesota 55402-2859
Telephone: (612) 305-1400
Facsimile: (612) 305-1414

Peter R. Silverman (0001579)
Mark D. Wagoner, Jr. (0068577)
James H. O'Doherty (0071564)
SHUMAKER, LOOP & KENDRICK, LLP
1000 Jackson Street
Toledo, Ohio 43624-1573
Telephone: (419) 241-9000
Facsimile: (419) 241-6894

Attorneys for Plaintiff Team Tires Plus, Ltd.

Dated: April 7, 2004

D. Clay Taylor, Esq. (#204857)
D. CLAY TAYLOR, P.A.
5002 Hyatt Merchandise Mart
1300 Nicollet Mall
Minneapolis, Minnesota 55403

Attorney for Defendants Mark Heartlein, Karrie Heartlein, and Karmark, Inc.

IT IS SO ORDERED.

Dated: April 13, 2004

Jonathan G. Lebedoff
Chief United States Magistrate Judge

TAS/js#698524v1