# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

**TEAM TIRES PLUS, LTD.**,

Plaintiff,

v.

**MARK HEARTLEIN and KARRIE HEARTLEIN,**

Defendants.

---

**KARMARK, INC., and MARK HEARTLEIN**,

Counter-claimants,

v.

**TEAM TIRES PLUS, LTD.,**

Counter-defendant.

## COURT MINUTES

BEFORE: Jonathan Lebedoff
Chief United States Magistrate Judge

| | |
|---|---|
| Case No: | 01-1197 (JGL) |
| Date: | April 13, 2004 |
| Court Reporter: | Kristine Mousseau (JRT) |
| Tape Number: | NA |
| Time Commenced: | 1:30 p.m. |
| Time Concluded: | 2:00 |
| Time in Court: | 30 minutes |

APPEARANCES:

Plaintiff: Tim Staum and Peter Silverman, Esqs.,

Defendants: D. Clay Taylor, Esq.

Interpreter / Language: none

IF MOTION IS RULED ON PLEASE INCLUDE DOCUMENT NUMBER AND TITLE APPEARING IN CM/ECF.

**ORDER TO BE SUBMITTED BY:** x **COURT** ☐ **PLAINTIFF** ☐ **DEFENDANT**

Before the Court on Plaintiff's Motion for Summary Judgment as to Defendants' Counterclaims (Doc. No. 65).

Motions taken under advisement as of: April 13, 2004

☒ ORDER TO BE ISSUED ☐ NO ORDER TO BE ISSUED ☐ R&R TO BE ISSUED ☒ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court ☐ Exhibits returned to counsel

s/Krisann Kleibacker
Signature of Judicial Law Clerk