**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**TEAM TIRES PLUS, LTD., a Minnesota Corporation**,

Plaintiff,

v.

**MARK HEARTLEIN, and KARRIE HEARTLEIN**,

Defendants.

---

**KARMARK, INC., and MARK HEARTLEIN**,

Counter-claimants,

v.

**TEAM TIRES PLUS, LTD.**,

Counter-defendant.

---

Civil No. 01-1197 (JGL)

**O R D E R**

APPEARANCES

Tim Staum and Peter Silverman, Esqs., for Plaintiff and Counter-defendant Team Tires Plus, Ltd.

D. Clay Taylor, Esq., for Defendants Mark and Karrie Heartlein, and Counter-claimants Mark Heartlein and Karmark, Inc.

---

JONATHAN LEBEDOFF, Chief United States Magistrate Judge

The above-entitled matter is set for trial before the undersigned Chief Magistrate Judge of District Court beginning at 9:00 a.m. Monday, May 3, 2004, Courtroom 9E, United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota. On April 13, 2004, this Court met in chambers with counsel for all parties and arrived at the following agreement to assist the Court and counsel in achieving a just, speedy, and less costly determination of the case.

**IT IS HEREBY ORDERED**:

(1) Each party shall prepare and furnish to the Court and serve on opposing counsel, by no later than April 19, 2004, the following materials:

(A) An Exhibit List, which shall be prepared on a form to be obtained from the Clerk of Court, and shall include all exhibits to be used as evidence at the trial (with each exhibit separately pre-marked in the lower right-hand corner as indicated in D. Minn. LR 39.1(b)(1)(B)). The List shall also include an indication of those exhibits agreed by the parties to be admissible and the grounds for objection to any not so agreed upon. Only exhibits so listed shall be offered in evidence at the trial, except for good cause shown. Each party shall make available for examination and if requested, copying, by all opposing counsel, all pre-numbered exhibits which are

included on the Exhibit List, and which will be offered in evidence at the trial, and shall also examine all such exhibits of opposing counsel;

(B) A Witness List, which shall include the names and addresses of all prospective witnesses together with a short statement giving the substance of the testimony of each witness. Only witnesses so listed shall be permitted to testify at the trial, except for good cause shown; and

(C) A Deposition List, which shall identify all depositions proposed to be offered in evidence. Each party shall ascertain whether or not any of the opposing parties object to the receipt in evidence of any portion of such depositions and the deposition list shall also include a statement of any objections to the receipt in evidence of portions of any such depositions, identifying the objecting party and the grounds. Only depositions so listed shall be offered in evidence at the trial, except for good cause shown. Any depositions that may require evidentiary rulings by the Court must be provided along with the List, so that the Court may make such rulings prior to the trial;

(2) Each party shall prepare and furnish to the Court and serve on opposing counsel, by no later than 12:00 p.m. on April 26, 2004, the following materials:

(A) All remaining trial materials, including but not limited to a trial brief, proposed special verdict forms, and proposed jury instructions. These materials shall also be provided to the Court on a 3.5" computer disk in Word or WordPerfect format; and

(B) Motions in limine;

(3) The parties are encouraged to confer prior to trial and to stipulate as to all uncontested facts and matters not in controversy; and

(4) Each party is responsible for ensuring the availability of any courtroom technology that it wishes to utilize at trial, including the means to play video recordings, project documents onto a screen, etc.;

(5) Counsel will meet with the Court in chambers at 8:30 a.m., Monday, May 3, 2004; and

(6) Any matters not addressed in this Order or otherwise agreed to by the Court shall be controlled by D. Minn. LR 39.1.

Dated: April 14, 2004

_/s/Jonathan Lebedoff___________
JONATHAN LEBEDOFF
Chief United States Magistrate Judge