UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1197 (JGL)

TEAM TIRES PLUS, LTD.,

Plaintiff,

v.

**ORDER OF DISMISSAL**

MARK HEARTLEIN, et al.,

Defendants.

The above-referenced case was referred to the undersigned Chief United States Magistrate Judge for all further proceedings and the entry of judgment in accordance with 28 U.S.C. §636(c), Federal Rule of Civil Procedure 73, and the consent of the parties such Order of Reference being executed by the Honorable Joan N. Ericksen on November 7, 2003.

This Court has been advised that the parties and their respective counsel met with the Honorable Arthur J. Boylan on April 22, 2004, for the purpose of attempting a settlement of the case, and that all parties and counsel arrived at a mutually satisfactory settlement of this case.

Accordingly, it is hereby ORDERED that:

1. The case is DISMISSED; and

2. The parties may file their settlement papers.

Dated: April 23, 2004

s/Jonathan Lebedoff

______________________________

JONATHAN LEBEDOFF
Chief U.S. Magistrate Judge

Filed______________
Richard D. Sletten, Clerk
Judgment Entd.______________
Deputy Clerk______________