**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**
**FOURTH DIVSION**

| | | |
|---|---|---|
| TEAM TIRES PLUS, LTD.,<br>a Minnesota corporation,<br><br>Plaintiff,<br><br>v.<br><br>MARK HEARTLEIN,<br>KARRIE HEARTLEIN,<br>AND KARMARK, INC.,<br><br>Defendants. | ) | Civil Case No. 01-CV-1197 JGL<br><br>**JOINT MOTION TO SEAL RECORD** |

WHEREAS, on April 22, 2004, Team Tires Plus, Ltd. ("Tires Plus"), Mark Heartlein, Karrie Heartlein, and Karmark, Inc. ("Heartlein Defendants") and their attorneys appeared before the Court, the Honorable Arthur J. Boylan presiding, for a settlement conference in the above-referenced matter; and

WHEREAS, with the assistance of Magistrate Judge Boylan, the parties and their attorneys agreed upon terms pursuant to which the case was settled; and

WHEREAS, as part of their settlement, the parties and their attorneys agreed that the terms of settlement would be treated as confidential; and

WHEREAS, at the conclusion of the settlement conference, the parties and their attorneys placed the terms of settlement upon the record; and

WHEREAS, the parties and their attorneys seek to insure that the terms of settlement which they placed on the record before the Court shall remain confidential and not subject to dissemination to any third party;

NOW THEREFORE, Plaintiff Tires Plus and Defendants Heartlein propose the following:

1. That the Court record from the settlement conference held in the above-referenced matter on April 22, 2004 shall be sealed in its entirety; and
2. That no documents, notes or transcripts of any portion of the April 22, 2004 settlement conference shall be produced or otherwise provided to persons not a party to this proceeding except by mutual agreement of the parties and their counsel, or upon further Order of this Court.

Dated: May 24, 2004

Respectfully submitted,

s/Tim A. Staum

Lawrence R. Commers (#18235)
Tim A. Staum (#190470)
MACKALL, CROUNSE & MOORE, PLC
1400 AT&T Tower
901 Marquette Avenue
Minneapolis, Minnesota 55402-2859
Telephone: (612) 305-1400
Facsimile: (612) 305-1414

Peter R. Silverman (0001579)
Mark D. Wagoner, Jr. (0068577)
James H. O'Doherty (0071564)
SHUMAKER, LOOP & KENDRICK, LLP
1000 Jackson Street
Toledo, Ohio 43624-1573
Telephone: (419) 241-9000
Facsimile: (419) 241-6894

Attorneys for Plaintiff Team Tires Plus, Ltd.

Dated: May 20, 2004

s/ Clay Taylor
D. Clay Taylor, Esq. (#204857)
D. CLAY TAYLOR, P.A.
5002 Hyatt Merchandise Mart
1300 Nicollet Mall
Minneapolis, Minnesota 55403

Attorney for Defendants Mark Heartlein, Karrie Heartlein, and Karmark, Inc.

IT IS SO ORDERED.

Dated: May ___, 2004

________________________________
Jonathan G. Lebedoff
Chief United States Magistrate Judge

TAS/js#703132v1