marcos**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**
FOURTH DIVSION

| | | |
|---|---|---|
| TEAM TIRES PLUS, LTD.,<br>a Minnesota corporation,<br><br>Plaintiff,<br><br>v.<br><br>MARK HEARTLEIN,<br>KARRIE HEARTLEIN,<br>AND KARMARK, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Case No. 01-CV-1197 JGL<br><br>**ORDER ON JOINT MOTION TO SEAL RECORD** |

The above-entitled matter came before the Court on a Joint Motion to Seal Record brought by Plaintiff Team Tires Plus, Ltd. and Defendants Mark Heartlein, Karrie Heartlein, and Karmark, Inc. Pursuant to the motion, this Court is advised that the settlement previously entered into in this case is to be treated as confidential, and the parties and their attorneys seek to insure that the terms of settlement which were previously placed on the record before the Court on April 22, 2004 shall remain confidential and not subject to dissemination to any third party.

Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED:

1. That the Court record from the settlement conference held in the above-referenced matter on April 22, 2004 shall be sealed in its entirety; and
2. That no documents, notes or transcripts of any portion of the April 22, 2004 settlement conference shall be produced or otherwise provided to persons not a party to this

proceeding except by mutual agreement of the parties and their counsel, or upon further Order of this Court.

s/Jonathan Lebedoff

Dated: ___May 27, 2004__________________ ___________________________________

Jonathan G. Lebedoff
Chief United States Magistrate Judge